**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                                                                  Civil Action No. 1:14-cv-00706-GBL-TCB

JOHN DOE, subscriber assigned IP address
69.251.113.252,

       Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 69.251.113.252. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 18, 2014

                                                    Respectfully submitted,

                                                    By:   /s/ *William E. Tabot*
                                                    William E. Tabot PC
                                                    9248 Mosby Street
                                                    Manassas, VA 20110-5038
                                                    Phone: 703-530-7075
                                                    Email: wetabotesq@wetlawfirm.com
                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                  By: /s/ *William E. Tabot*_____
                                  William E. Tabot